IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  05-30086-12-GPM |
| ) | |
| VICTOR HERNANDEZ-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

# ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Victor Hernandez-Hernandez to Counts 1, 6, and 7 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offenses.

A Presentence Investigation Report is ordered.  The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for Monday, August 28, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  6/26/06

                                                  s/ G. Patrick Murphy
                                                  G. PATRICK MURPHY
                                                  Chief United States District Judge